IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ETHICAL SOLUTIONS, LLC, *et al.* | ) ) ) | CASE NO.: 5:15CV2720 |
| | ) | JUDGE SARA LIOI |
| Plaintiffs-Relators, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE HENDERSON |
| AKRON GENERAL HEALTH SYSTEM, *et al.* | ) ) ) | ORDER |
| | ) | **FILED UNDER SEAL** |
| Defendants. | ) | |

The United States having intervened in this action in part for purposes of settlement,

pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.     the relators' Complaint, the Government's Notice of Election to Intervene in Part,

and this Order be unsealed;

2.     all other papers or Orders on file in this matter shall remain under seal; and

3.     the seal shall be lifted on all matters occurring in this action after the date of this

Order.

IT IS SO ORDERED,

This 1st day of July, 2021.

*Carmen Henderson*

CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE

4